**Exhibit A to the Complaint**

**Location:** Passaic, NJ  **IP Address:** 96.234.16.217
**Total Works Infringed:** 82  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 9FABAA8032C69E202ECED8FF3198AF7BAC0EB395 | Blacked | 10/07/2017 21:13:42 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 2 | 005F68E32C85041A13A7F8F17E771403D061FE95 | Vixen | 10/13/2017 01:51:57 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 3 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/06/2017 04:51:22 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 4 | 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC | Tushy | 08/10/2017 00:29:29 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 5 | 09B9C5FACBCDCF8A9F1FBD28C523B2AB2C55516D | Tushy | 07/16/2017 17:23:20 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 6 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 09/24/2017 06:05:40 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 7 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/08/2017 01:41:04 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 8 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 06/15/2017 03:46:59 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 9 | 1525672E90493326CE884D0054D9B81C2026954C | Blacked | 08/24/2017 06:31:48 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 10 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 11/08/2017 01:34:44 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 11 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 05/22/2017 20:29:32 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 12 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 07/10/2017 02:14:22 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 13 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 08/19/2017 20:50:10 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 14 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 09/28/2017 02:21:08 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 15 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 07/24/2017 04:33:40 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 16 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 05/10/2017 23:34:06 | 05/10/2017 | 06/22/2017 | PA0002039285 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Ra | 11/15/2017 21:03:26 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 18 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/22/2017 20:31:19 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 19 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 11/11/2017 12:39:01 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 20 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 07/30/2017 23:49:31 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 21 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 09/29/2017 02:27:36 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 22 | 4041A516DB827CD9A0CF3FD55E7FD4B76262C94E | Blacked | 07/04/2017 19:40:32 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 23 | 4699FA70336C7253C0D4CA0E1942A84BDCBE2AE0 | Vixen | 06/21/2017 01:51:58 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 24 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/02/2017 19:52:58 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 25 | 484CD8EDA2B801753F2051864B1E906A34C531F0 | Blacked | 10/13/2017 12:48:11 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 26 | 49AC32A35FDA73ED25DC180D6DB00F409402501B | Tushy | 11/08/2017 01:26:28 | 11/07/2017 | 11/15/2017 | 16013185672 |
| 27 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/09/2017 00:18:46 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 28 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 09/14/2017 02:06:11 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 29 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 08/29/2017 04:28:33 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 30 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 09/08/2017 22:56:50 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 31 | 5CC7EFDE75DF2F2876F477C07B4A14FFB4FEE171 | Tushy | 06/17/2017 17:07:54 | 06/15/2017 | 07/06/2017 | 15583057198 |
| 32 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/08/2017 23:54:06 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 33 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/17/2017 03:08:21 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 34 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 05/10/2017 00:33:04 | 05/09/2017 | 06/22/2017 | PA0002039298 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 6EAAFE0F3E012E94CE6FF11EC5DFC0835CDABEA6 | Blacked | 07/25/2017 02:26:14 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 36 | 7344B5FC9BC8C4F8B0FBF5BB10A6DDFBF02566AF | Tushy | 06/01/2017 10:53:04 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 37 | 766E1C71FF552FF186850DD63CC9ECC58D923874 | Tushy | 09/04/2017 12:48:57 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 38 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 07/21/2017 01:01:42 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 39 | 7791DC7179F9F188421E3A5717EB3454762A2897 | Tushy | 08/30/2017 07:59:32 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 40 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/12/2017 00:37:15 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 41 | 7F60E5679CD0B8BA8E55083B48D3C62E794934D5 | Tushy | 05/27/2017 02:37:13 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 42 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 05/12/2017 20:49:39 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 43 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 08/28/2017 00:40:23 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 44 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 08/19/2017 02:38:28 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 45 | 9D29B8DA43C5063F7087D93478E6DDF9605BD22A | Tushy | 10/28/2017 18:56:46 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 46 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 09/19/2017 02:26:32 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 47 | 9E1EEE10CC32609ECC2542444366C4BBDC969CB5 | Vixen | 09/17/2017 04:44:07 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 48 | 9E401C6583C7B9748B062B00479A97B14E769848 | Blacked | 07/29/2017 21:43:42 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 49 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 09/03/2017 03:07:03 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 50 | 9EE27A6D03A1F1066DB44789975A17DD687BC042 | Vixen | 11/16/2017 03:49:29 | 11/15/2017 | 11/21/2017 | 16013342550 |
| 51 | A412B2F3E224F37D1D51CD3A100D44F9527B9132 | Blacked | 09/08/2017 05:25:28 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 52 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 09/19/2017 02:49:55 | 09/17/2017 | 09/25/2017 | 15894023110 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 08/04/2017 20:05:37 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 54 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 05/31/2017 00:31:11 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 55 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 06/04/2017 22:10:53 | 06/04/2017 | 07/06/2017 | 15584691223 |
| 56 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 06/11/2017 02:30:39 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 57 | ACEB9396D1442ACF5E2840310FED768E8D533EE7 | Blacked | 10/18/2017 04:31:01 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 58 | ADB8062F604814ECBB01C5FFBD71820E25EE3E65 | Tushy | 11/13/2017 06:31:34 | 11/12/2017 | 11/21/2017 | 16013342441 |
| 59 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 10/28/2017 19:06:35 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 60 | B30A24C236439A9B2C65C9234830190BD3026085 | Tushy | 10/24/2017 01:09:16 | 10/23/2017 | 11/15/2017 | 16013254380 |
| 61 | B94B97749DBE7B9883FD15D44503A0EC8711AE6A | Vixen | 08/04/2017 20:06:42 | 08/02/2017 | 08/17/2017 | 15732903934 |
| 62 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 05/15/2017 23:50:28 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 63 | BD3608AD8FE2B70CFC22DC11CE840105B545CDFD | Tushy | 07/26/2017 02:43:10 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 64 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 06/06/2017 00:00:04 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 65 | C688832FC38778E650889B646710CDEF06A10719 | Blacked | 07/19/2017 23:20:29 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 66 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 06/10/2017 03:11:46 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 67 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 06/21/2017 02:48:07 | 06/19/2017 | 07/06/2017 | 15584064069 |
| 68 | D03BF7C43A2F989CD84F9B6037D4941B7C616ED0 | Blacked | 06/15/2017 02:04:31 | 06/14/2017 | 07/06/2017 | 15584064117 |
| 69 | D05145D6CAA55168052E0D998AC6E235807F8E53 | Blacked Ra | 10/25/2017 01:14:37 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 70 | D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F | Tushy | 11/03/2017 12:49:32 | 11/02/2017 | 11/15/2017 | 16013254789 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | D2EB460A7C696C3A9D62EDCD797DDDD07094F2D5 | Blacked Ra | 11/15/2017 13:19:52 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 72 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 09/06/2017 20:46:58 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 73 | E45E99B667B2B843C2E1667485953197A381B5A9 | Tushy | 08/24/2017 21:25:47 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 74 | E46B81E1A71E3AC4E1FF3BC9B79FCF54E0D2AF00 | Blacked | 11/02/2017 00:25:38 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 75 | E624078D6EFCDFA76F06EA9E4048E05FF7C600C5 | Blacked | 08/04/2017 06:30:36 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 76 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 08/13/2017 19:12:12 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 77 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 06/30/2017 20:39:42 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 78 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 07/14/2017 20:36:56 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 79 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 06/21/2017 01:22:55 | 06/20/2017 | 07/06/2017 | 15584063275 |
| 80 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/22/2017 20:47:14 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 81 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 09/22/2017 00:11:49 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 82 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 09/23/2017 12:30:50 | 09/22/2017 | 10/02/2017 | PA0002057455 |